1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT D. HANSON,

11            Plaintiff,                    No. CIV S-10-1494 KJM P

12      vs.

13   SHERIFF GARY R. STANTON, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff is a former county jail inmate proceeding pro se and has consented to

17   magistrate judge jurisdiction.  By order filed July 28, 2010, plaintiff's complaint was dismissed

18   and thirty days' leave to file an amended complaint was granted.  The thirty day period has now

19   expired, and plaintiff has not responded to the court's order.

20            Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22   DATED:  September 23, 2010.

23

24   _____
     U.S. MAGISTRATE JUDGE

25   1
     hans1494.fta

26